IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHEAL ANTHONY HUGHES, 556516, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY LONG and M. BOYD )<br>PATTERSON, )<br>Defendants. ) | 3:05-CV-676-K |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this _____ day of _____, 2005.

ED KINKEADE
UNITED STATES DISTRICT JUDGE